# UNITED STATES DISTRICT COURT

MIDDLE District of TENNESSEE

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| V. | (For **Revocation** of Probation or Supervised Release) |
| HOWARD LYNN BOHANNON | Case Number: 2:10-00014 |
| | USM Number: 20359-075 |
| | Sumter L. Camp, Jr. |
| | Defendant's Attorney |

**THE DEFENDANT:**

X admitted guilt to violation of condition(s) One (1) through (Five) of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| 1 | Defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician. | 10/2/13 |
| 2 | Defendant shall participate in a program of drug testing and substance abuse treatment which may include a 30-day inpatient treatment program followed by up to 90 days in a community correction center at the direction of the Probation Officer. Defendant shall pay all or part of the cost for substance abuse treatment if the United States Probation Office determines the Defendant has the financial ability to do so or has appropriate insurance coverage to pay for such treatment. | 11/7/13 |
| 3 | Defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the Probation Officer. | 10/30/13 |
| 4 | Defendant shall notify the Probation Officer at least 10 days prior to any change in residence or employment. | 11/14/13 |
| 5 | Defendant shall report to the Probation Officer and shall submit a truthful and complete written report within the first five days of each month. | 11/5/13 |

The defendant is sentenced as provided in pages 1 and 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No. 5279

Defendant's Year of Birth: 1973

City and State of Defendant's Residence:

Nashville, Tennessee

March 20, 2014
Date of Imposition of Judgment

Todd Campbell
Signature of Judge

Todd J. Campbell, United States District Judge
Name and Title of Judge

March 20, 2014
Date

DEFENDANT: HOWARD LYNN BOHANNON  
CASE NUMBER: 2:10-00014

Judgment — Page 2 of 2

## IMPRISONMENT

The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:   six (6) months

__X__   The Court makes the following recommendations to the Bureau of Prisons:

The Court recommends credit for time served since arrest on the Petition (Docket No. 47) on February 7, 2014 (Docket No. 49).

## SUPERVISED RELEASE

Upon release from imprisonment, the Defendant shall be on supervised release for a total term of two (2) years on the same conditions previously imposed (Judgment, Docket No. 44) and the following two additional conditions. Upon release from incarceration, Defendant shall: (1) participate in a twenty-eight (28) day in-patient drug and mental health treatment program; and (2) reside in a half-way house for up to eight (8) months.

__X__   The Defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this Judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this Judgment.

_____  
United States Marshal

By: _____  
Deputy United States Marshal