UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 2:10-00014 |
| | ) | JUDGE CAMPBELL |
| HOWARD LYNN BOHANNON | ) | |

ORDER

Pending before the Court is a Petition (Docket No. 69) alleging violations of Defendant's Conditions of Supervision. The Court held a hearing on September 30, 2014. At the request of the parties, the hearing was continued. The hearing will be held on January 2, 2015, at 1:00 p.m.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE