UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 2:10-00014 |
| | ) | JUDGE CAMPBELL |
| HOWARD LYNN BOHANNON | ) | |

ORDER

The hearing on the Petition (Docket No. 61) alleging violations of Defendant's Conditions of Supervision currently scheduled for January 2, 2015, is RESCHEDULED for January 8, 2015, at 2:00 p.m.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE